IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGOS DIAMANTOPOULOS, | ) | 8:11CV431 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus on December 13, 2011. (Filing No. 1.) Because Petitioner did not pay the filing fee or file an application to proceed in forma pauperis, IT IS THEREFORE ORDERED that:

1. The Clerk of the court shall send Petitioner an AO Form 240 application together with a copy of this order.

2. On or before February 9, 2012, Petitioner shall complete and return the AO Form 240 application to the Clerk or else pay a filing fee of $5.00.

3. If Petitioner does not return the completed form or pay the filing fee by such date, this case will be dismissed without prejudice and without further notice.

4. The Clerk is directed to set a pro se case management deadline in this case using the following text: February 9, 2012: Petitioner's IFP application or filing fee payment due.

DATED this 9th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge